Case 13-44991   Doc 8   Filed 12/05/13   Entered 12/06/13 08:17:02   Desc Main
Document   Page 1 of 1

B3B (Official Form 3B) (11/11) — Cont.

13-44991:5.0:Application to Proceed In Forma Pauperis:Main Document Entered: 11/21/2013 9:04:32 AM by:Marvin Miller Page 4 of 4

# UNITED STATES BANKRUPTCY COURT
## NORTHERN District of ILLINOIS

In re __LUIS PEREZ__   Case No. __13B 44991__

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

   This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

   The debtor shall pay the chapter 7 filing fee according to the following terms:

   $ __206__ on or before __12-13-13__

   $ __100__ on or before __12-31-13__

   $ _____ on or before _____

   $ _____ on or before _____

   Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

   IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

   A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at _____
   (address of courthouse)

   IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: __DEC - 5 2013__

BY THE COURT: __Jacqueline P. Cox__
J. Cox
United States Bankruptcy Judge